| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Duffy, Patrick M. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>06/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>P.O. Box 835<br>Charleston, SC 29402 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Doonbeg Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 06/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Charleston School of Law | $24,780 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | S.C. Association for Justice | August 1, 2012-August 4, 2012 | Hilton Head Island, SC | Professional Association Convetion | Convetion Registration and Hotel Room |
| 2. | S.C. Defense Trial Attorneys | November 8, 2012-November 11, 2012 | Kiawah Island, SC | Professional Association Convention | Convention Registration and Hotel Room |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 06/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Line | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 2. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 3. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 4. Investment co of America CL C -American Bond Fund of America | A | Dividend | J | T | | | | | |
| 5. Duke Energy Co | | None | | | Sold | 01/03/12 | J | A | |
| 6. Pepsico Inc | A | Dividend | J | T | | | | | |
| 7. Microsoft Corp | | None | | | Sold | 01/24/12 | J | A | |
| 8. Proctor & Gamble Co | A | Dividend | J | T | | | | | |
| 9. I-26/78 Associate LLC 12/30/88 $60,000 | | None | L | R | | | | | |
| 10. First Trust Build America Bonds | A | Interest | J | T | Sold (part) | 07/08/12 | J | A | |
| 11. Van Kampen Build America Bonds | | None | | | Sold | 10/19/12 | J | A | |
| 12. First Federal of Charleston | A | Interest | J | T | | | | | |
| 13. Bank of America | A | Interest | J | T | | | | | |
| 14. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 15. United Technologies Corp | A | Dividend | J | T | | | | | |
| 16. SCAGO Educational FACS Pickens Sch Dist SC Install Rev | A | Interest | J | T | | | | | |
| 17. Brandywine Blue Fund | | None | | | Sold | 06/12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Columbia Mid Cap Value Fd Cl Z | A | Dividend | J | T | | | | | |
| 19. Credir Suisse Commodity Return Strategy Fund | | None | J | T | Sold (part) | 06/12/12 | J | A | |
| 20. Dodge & Cox income Fund | A | Dividend | J | T | | | | | |
| 21. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | Sold (part) | 06/12/12 | J | A | |
| 22. DWS Small Cap Value Fund Instl | | None | J | T | Sold (part) | 06/12/12 | J | A | |
| 23. Fidelity New Insights Fd Instl | A | Dividend | J | T | | | | | |
| 24. Hartford Dividend & Growth I | A | Dividend | J | T | Sold (part) | 06/12/12 | J | A | |
| 25. JPMorgan Core Bond Fund Select | A | Dividend | J | T | | | | | |
| 26. JPM Fed Money Market Instl Cl | | None | J | T | Sold (part) | 06/12/12 | J | A | |
| 27. JP Morgan TR II | | None | | | Sold | 06/12/12 | J | A | |
| 28. Loomis Sayles Investment Grade Bond Fund CL Y | A | Dividend | J | T | | | | | |
| 29. Lord Abbett Total Return Fd F | A | Dividend | J | T | Sold (part) | 06/12/12 | J | A | |
| 30. Oppnhmr Cmd Strat Ttl Rtn Cl Y | | None | | | Sold | 05/11/12 | J | A | |
| 31. Oppenheimer Intl Bond Fund Y | A | Dividend | J | T | Sold (part) | 06/12/12 | J | A | |
| 32. Pimco Funds Total Return Fund IVInst CL | A | Dividend | J | T | Sold (part) | 06/12/12 | J | | |
| 33. Pioneer Fund Cl Y | | None | | | Sold | 06/12/12 | J | A | |
| 34. Thornburg Invt Tr Value Fd I | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Virtus Frgn Oppts Fd CII | A | Dividend | J | T | Sold (part) | 06/12/12 | J | A | |
| 36. Virtus Real Estate Secs Cl I | A | Dividend | J | T | Sold (part) | 06/12/12 | J | A | |
| 37. New World Fund CL F1 | A | Dividend | J | T | | | | | |
| 38. T Rowe Price Equity Income Fund | A | Dividend | J | T | Sold (part) | 06/12/12 | J | A | |
| 39. Blackrock Capital Appreciation Fund Inst. | A | Dividend | J | T | Buy | 06/12/12 | J | | |
| 40. Capital World Bond Fund CL F 1 | A | Dividend | J | T | Buy | 06/12/12 | J | | |
| 41. Eaton Vance Atlanta Cap SMID Cap Fund CL 1 | A | Dividend | J | T | Buy | 06/12/12 | J | | |
| 42. Fundamental Investors Fund CL 1 | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 43. Mainstay High Yield Corporate Bond Fund CL 1 | A | Dividend | J | T | Buy | 06/12/12 | J | | |
| 44. MFS International Value Fund CL 1 | A | Dividend | J | T | Buy | 06/12/12 | J | | |
| 45. Brandywine Blue Fund | | None | | | Sold | 05/22/12 | J | A | |
| 46. Columbia Mid Cap Value Fund CL Z | A | Dividend | J | T | | | | | |
| 47. Credit Suisse Commodity Return Strategy Fund | | None | J | T | Sold (part) | 05/22/12 | J | A | |
| 48. Dodge Cox Income Fund | A | Dividend | J | T | Sold (part) | 05/22/12 | J | A | |
| 49. Dodge Cox International Stock Fund | A | Dividend | J | T | Sold (part) | 05/22/12 | J | A | |
| 50. DWS Small Cap Value FundInstitutional CL | A | Dividend | J | T | Sold (part) | 05/22/12 | J | A | |
| 51. Fidelity Advisor New Insights Fund Inst CL | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ING Global Real Estate Fund CL I | A | Dividend | J | T | Sold (part) | 05/22/12 | J | A | |
| 53. Investment Co of America CL F-American Bond Fund of America | A | Dividend | J | T | Sold (part) | 05/22/12 | J | A | |
| 54. JP Morgan Core Bond Fund Select CL | A | Dividend | J | T | | | | | |
| 55. JP Morgan Federal Money Market Fund Institutional CL | | None | J | T | | | | | |
| 56. JP Morgan TR II | | None | | | Sold | 05/22/12 | J | A | |
| 57. Loomis Sayles Investment Grade Bond Fund CL Y | A | Dividend | J | T | Sold (part) | 05/22/12 | J | A | |
| 58. MFS Research International Fund CL I | A | Dividend | J | T | Sold (part) | 05/22/12 | J | A | |
| 59. New World Fund CL F1 | A | Dividend | J | T | | | | | |
| 60. Oppenheimer Commodity Strategy Total Return Fund CL Y | | None | | | Sold | 05/09/12 | J | A | |
| 61. Oppenheimer International Bond Fund CL Y | A | Dividend | J | T | Sold (part) | 05/22/12 | J | A | |
| 62. Pimco Funds Total Return Fund | A | Dividend | J | T | Sold (part) | 05/22/12 | J | A | |
| 63. Pioneer Fund CL Y | | None | | | Sold | 05/22/12 | J | A | |
| 64. T Rowe Price Equity Income Fund | A | Dividend | J | T | Sold (part) | 05/22/12 | J | A | |
| 65. T Rowe Price New Income Fund | A | Dividend | J | T | Sold (part) | 05/22/12 | J | A | |
| 66. Thornburg Value Fund CL I | | None | J | T | | | | | |
| 67. Baron Small Cap Fund Institutional CL | | None | J | T | Buy | 05/22/12 | J | | |
| 68. Blackrock Capital Appreciation Fund Inst Class | A | Dividend | J | T | Buy | 05/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Capital World Bond Fund CL F1 | A | Dividend | J | T | Buy | 05/22/12 | J | | |
| 70. Capital World Growth & Income Fund CL F 1 | A | Dividend | J | T | Buy | 05/22/12 | J | | |
| 71. Future Scholar 529 College Savings Plan - ▨ | | None | J | T | Buy | 12/06/12 | J | | |
| 72. Future Scholar 529 College Savings Plan - ▨ | | None | J | T | Buy | 12/06/12 | J | | |
| 73. Future Scholar 529 College Savings Plan - ▨ | | None | J | T | Buy | 12/06/12 | J | | |
| 74. Future Scholar 529 College Savings Plan - ▨ | | None | J | T | Buy | 12/06/12 | J | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 06/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Line 9, 1-26/78 Associates, LLC was purchased on 12/30/1988 for the sum of $60,000.

2. Lines 27 & 56 JP Morgan TR II was formerly known as JP Morgan High Yield Fd Select.

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 06/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patrick M. Duffy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544